788

*Daniel W. Knowlton* for appellees.

No. —, original. Ex PARTE JOHN ST. FRANCIS SLAUGH-
TER; and
No. —, original. Ex PARTE PEDRO E. SANCHEZ TAPIA.
March 30, 1942. The motions for leave to file petitions
for writs of habeas corpus are denied.

No. —, original. DEWINDT ET AL. *v.* SOUTH CAROLINA.
March 30, 1942. The motion for leave to file a petition
is denied.

No. —. SMITH *v.* WESTERN UNION TELEGRAPH CO. ET
AL. March 30, 1942. Application denied.

No. 49. MORTON SALT CO. *v.* G. S. SUPPIGER CO.
March 30, 1942. Ordered that the last three lines on page
1 of the opinion in this case be amended to read: "The
Clayton Act authorizes those injured by violations tend-
ing to monoply to main—".
Opinion reported as amended, 314 U. S. 488.

No. 245. CUDAHY PACKING CO., LTD. *v.* HOLLAND, AD-
MINISTRATOR. March 30, 1942. Ordered that the opin-
ion in this case be amended as follows:
1. Strike from the last line on page 5 the phrase "the
Bituminous Coal Act of 1937,".
2. Strike from the fifth line of page 6 the phrase ", save
possibly one,".
3. Strike footnotes 6 and 9.
4. Renumber the footnotes accordingly.
Opinion reported as amended, *ante,* p. 357.